UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

TONY CHANDLER,　　　　　　　　) ED CV 14-00418-SH
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　 ) JUDGMENT
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
CAROLYN W. COLVIN,　　　　　　 )
Commissioner of Social Security,)
　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　)
_____)

　　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: <u>November 17, 2014</u>

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　STEPHEN J. HILLMAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE